UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES R. STILLMAN, et al.,<br><br>　　　　　Defendants. | No.  2:23–cv–508–KJN<br><br>ORDER |

This action has been directly assigned to Chief Magistrate Judge Kendall J. Newman under Appendix A, sub. (m) of the court's Local Rules.  A review of the docket indicates that not all parties filed their consent forms concerning the jurisdiction of the Magistrate Judge for all purposes.  See 28 U.S.C. § 636(c).  There is no obligation to consent, and under Federal Rule of Civil Procedure 73(b)(1), the judge will not be notified of a party's choice unless all parties have consented.  However, a consent designation is required so that this case can be administratively processed.  Thus, the parties are instructed to promptly file their "Consent/Decline of U.S. Magistrate Judge Jurisdiction" form.

That issue aside, given that an answer has been filed by a defendant (see ECF No. 10), the case appears ripe for scheduling.  Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. Any party who has yet to make its consent/decline designation shall do so within 30 days

1

of this order;

2. Within 30 days of this order, the parties shall discuss, in person or by telephone, their obligations to transmit mandatory disclosures to the other parties, as required by Federal Rule of Civil Procedure 26. The parties should also confer on discovery deadlines.

3. Within 14 days after this conferral, the parties shall file a joint status report with the court for the entry of a pretrial scheduling order. This report shall address the relevant portions of Local Rule 240(a) including subsections (1), (2), (4), (8), (11), (12), (16), (17), and (18); shall include the parties' statement(s) of the case; and may address any other matters the parties believe are important for scheduling purposes.

4. A scheduling conference shall take place on Tuesday, June 6, 2023, at 9:00 a.m., before the undersigned. The parties will receive instructions on how to remotely appear as the hearing date approaches.

Dated: April 12, 2023

chap.508

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE